IN THE UNITED STATE DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HOWARD JAMES SALMON : CIVIL ACTION
:
v. : NO. 09-3556
:
ARAMARK FOOD SERVICE, INC. :

## **ORDER**

AND NOW, this 18th day of March, 2010, it is hereby ORDERED Aramark Food Service, Inc.'s Motion to Transfer Venue (Document 9) is GRANTED. The Clerk of Court is DIRECTED to TRANSFER the above-captioned case to the Middle District of Florida for all future proceedings.

It is further ORDERED Aramark Food Service, Inc.'s Motion to Dismiss (Document 9) is DENIED without prejudice to reassertion.

This case should be marked CLOSED for statistical purposes.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.